389 A.2d 698

Rhoades et ux. v. Boland, Appellant.

Argued March 14, 1978. Jerome T. Foerster, with him Cleckner and Fearen, for appellant; Gregory M. Kerwin, with him John H. Bream, for appellees.

Order affirmed.

389 A.2d 699

Shaffer v. Pennsylvania National Mutual Casualty Insurance Company, Appellant.

Argued March 13, 1978. Wilhelm E. Shissler, with him Spencer R. Liverant, for appellant; Christopher K. Walters, with him Morgan, Lewis & Bockius, for appellee.

Order and judgment affirmed.